USCA1 Opinion

 

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 ____________________

No. 97-1813

 UNITED STATES OF AMERICA,

 Appellee,

 v.

 ALEJANDRO SAVINON,

 Defendant, Appellant.

 ____________________

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF NEW HAMPSHIRE

 [Hon. Joseph A. DiClerico, U.S. District Judge]

 ____________________

 Before

 Boudin, Circuit Judge,
 Coffin, Senior Circuit Judge,
 and Lynch, Circuit Judge.

 ____________________

 M. Kristin Spath, Assistant Federal Defender, on brief for
appellant.

 ____________________
 March 26, 1998

 ____________________

 Per Curiam. Alejandro Savinon appeals from his conviction
 and sentence for conspiring to possess with intent to
 distribute and to distribute cocaine and cocaine base. 
 Appellate counsel has filed a brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and a motion to withdraw. 
 Counsel has notified Savinon of his right to file a
 supplemental brief, but Savinon has not done so. After
 thoroughly examining the entire record, we agree that there is
 no meritorious ground for appeal.
 Savinon pled guilty at a plea hearing which conformed
 substantially to Fed. R. Crim. P. 11 requirements. The
 presentence report ("PSR") provides factual support for the
 district court's calculation of the applicable guideline
 imprisonment range. Moreover, Savinon's own version of the
 facts -- which was filed with the sentencing court -- accepts
 the PSR's quantities of cocaine powder and cocaine base as
 accurate. In recognition of Savinon's admission to those
 facts, the government moved for -- and the court granted -- a
 three-level reduction for acceptance of responsibility under
 section 3E1.1 of the United States Sentencing Guidelines, and
 a downward departure from the applicable guideline imprisonment
 range under 5K1.1. The court's failure to depart further
 does not provide a meritorious ground for appeal. See United
 States v. McAndrews, 12 F.3d 273, 277 (1st Cir. 1993).
 
 Savinon's conviction and sentence are summarily affirmed.
 See Loc. R. 27.1. Appellate counsel's motion to withdraw is
 granted.